UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

GEORGE SCOTT,)            3:07-CV-00507-ECR-RAM
)
    Plaintiff,)            MINUTES OF THE COURT
)
vs.)                      DATE: February 9, 2009
)
CORRECTIONAL OFFICER MOORE, et al.,)
)
    Defendants.)

PRESENT:     EDWARD C. REED, JR.          U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN      Reporter:    NONE APPEARING

Counsel for Plaintiff(s)         NONE APPEARING

Counsel for Defendant(s)         NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On January 13, 2009, the Magistrate Judge filed a Report and Recommendation (#25) recommending that this action be dismissed without prejudice.

    No objections were timely filed to the Report and Recommendation (#25).

    The Report and Recommendation (#25) is well taken and is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendants' Motion to Dismiss (#6) this action pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**.

    The Clerk shall enter judgment accordingly.


LANCE S. WILSON, CLERK

By     /s/
    Deputy Clerk