AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

GEORGE SCOTT,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER:  **3:07-CV-00507-ECR-RAM**

CORRECTIONAL OFFICER
MOORE, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the Report and Recommendation (#25) is well taken and is **APPROVED** and **ADOPTED**.  **IT IS, THEREFORE, HEREBY ORDERED** that Defendants' Motion to Dismiss (#6) this action pursuant to Fed. R. Civ. P 12(b)(6) is **GRANTED.**


   February 9, 2009            **LANCE S. WILSON**
                                                         Clerk

                                                           /s/ D. R. Morgan
                                                              Deputy Clerk